Elizabeth Poznaniak, individually and as administratrix of estate of Maryanna Wnukowski, appellee, v. Stanislaw Weber and Max S. Weber, trading as Weber and Weber and Offices of Max S. Weber, appellants. Gen. No. 39,997.

 Heard in the third division of this court for the first district at the April term, 1938. Opinion filed October 26, 1938.

Abraham W. Brussell, for appellants. Julius H. Selinger, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.